**TIDEWATER STEVEDORE COMPANY, Incorporated, Appellant, v. Samuel S. LOWE, Deputy Commissioner, United States Employees' Compensation Commission, Fifth Compensation District, and Holly Robinson, Appellees.**

No. 3225.

Circuit Court of Appeals, Fourth Circuit.

Sept. 29, 1931.

Venable, Miller, Pilcher & Parsons, of Norfolk, Va., for appellant.

Robert H. Talley, U. S. Atty., Alvah H. Martin, Asst. U. S. Atty., and James G. Martin, all of Norfolk, Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20, per agreement of counsel.

**Josephine TOMCZYK v. UNITED STATES.**

No. 6084.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1931.

Leonard S. Coyne, of Detroit, Mich., for appellant.

F. X. Norris, Asst. U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**TRUMBULL CEMENT PRODUCTS CO. v. CROZIER–STRAUB, Inc., and The Straub Patented Block Co.**

No. 5825.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

W. F. Guthrie, of Youngstown, Ohio, and J. G. Denny, Jr., and A. S. Olmsted, 2d, both of Philadelphia, Pa., for appellant.

Chas. M. Clarke, of Pittsburgh, Pa., Chas. L. Pierce, of Philadelphia, Pa., and Fay, Oberlin & Fay, of Cleveland, Ohio, for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**TRUSCON STEEL CO. v. UNITED STATES GYPSUM CO.**

No. 5904.

Circuit Court of Appeals, Sixth Circuit.

March 17, 1932.

W. F. Guthrie, of Youngstown, Ohio, for appellant.

Jones, Addington, Ames & Seibold, of Chicago, Ill., and Hull, Brock & West, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation.

**UNION INDEMNITY CO. v. Ethel ACORD.**

No. 6091.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1932.

See, also, 48 F.(2d) 1084.

Booth, Keating, Pomerene & Boulger, of Columbus, Ohio, for appellant.

Thomas H. Clark, of Columbus, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.